UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 13, 2025

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

SALVADOR VALDOVINAS-FARIAS,

      Defendant.

Case No.  2:25-cr-00036-DJC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SALVADOR VALDOVINAS-

FARIAS, Case No.  2:25-cr-00036-DJC , Charge 18 U.S.C. § 922, from custody for the

following reasons:

   x   Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

   x   (Other):  Released forthwith due to government's failure to produce the defendant for a timely further detention hearing, in violation of the Bail Reform Act's provision allowing that a detention hearing be continued only up to 5 days at a defendant's request. Defendant is ordered to appear for a further detention hearing on 3/17/2025 at 2:00 PM before Judge Claire.

Issued at Sacramento, California on March 13, 2025, at 2:15 PM.

By: _____

Magistrate Judge Sean C. Riordan