MICHELE BECKWITH
Acting United States Attorney
J DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR VALDOVINAS-FARIAS,<br><br>　　　　　　　　　Defendant. | CASE NO.  CR S 2:25-036 DJC<br><br>UNITED STATES' ORDER FOR DISMISSAL OF CHARGE<br><br>[Fed. R. Crim/ P.48(a)] |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

the indictment in case number 2:25-cr-00036-DJC, filed on February 13, 2025, be DISMISSED without prejudice.

Dated:  March 18, 2025　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE